UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TANIA NICOLE ANDERSON, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 23-971 |
| HMO LOUISIANA, INC. | * | SECTION "P" DIV. (2) |

**ORDER AND REASONS**

Pending before me is Plaintiffs' Motion for Leave to File First Amended and Superseding Complaint.  ECF No. 25.  Having considered the record, the argument of counsel, the consent of Defendant, and the applicable law, and after finding that the motion has merit, the motion is GRANTED for the reasons that follow.

Plaintiffs filed this motion for leave 34 days after, and in response to, Defendant's Motion to Dismiss.  *See* ECF Nos. 16, 22.  Had Plaintiffs filed this motion within 21 days, they would have been entitled to amend as of right under FED. R. CIV. P. 15(a)(1)(B).  Although filed as a contested motion, on March 19, 2024, Defendant filed a response indicating that it does not oppose the request for leave to amend the Complaint.  ECF No. 28.  With written consent, Plaintiff is entitled to amend.  FED. R. CIV. P. 15(a)(2).  Accordingly,

IT IS ORDERED that Plaintiffs' Motion for Leave to File First Amended and Superseding Complaint (ECF No. 25) is GRANTED;

IT IS FURTHER ORDERED that the Clerk file Plaintiffs' Proposed Amended Complaint (ECF No. 25-2) into the court record.

New Orleans, Louisiana, this ___20th___ day of March, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

1